United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GORDON, | Case No.  20-cv-03910-JCS |
| Plaintiff, | |
| v. | **ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | Re: Dkt. No. 52 |
| Defendants. | |

In light of Defendants' response (dkt. 55) to the Court's order to show cause (dkt. 54), and the lack of a response by Plaintiff Carlos Gordon, Defendants' administrative motion to file under seal (dkt. 52) is DENIED.  Defendants shall file all material at issue in the public record no later than October 18, 2021.

**IT IS SO ORDERED.**

Dated: October 13, 2021

JOSEPH C. SPERO
Chief Magistrate Judge